RECEIVED
OCT 23 2012
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| ALFRED SILVA<br>  LA. DOC #112315<br>VS. | CIVIL ACTION NO. 11-cv-1233<br>SECTION P<br>JUDGE TRIMBLE |
| RICKY L. MOSES, ET AL | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law;

**IT IS ORDERED** that plaintiff's civil rights action is **DISMISSED WITH PREJUDICE,** as frivolous and for failing to state a claim on which relief may be granted pursuant to the provisions of 28 U.S.C.1915(e)(2)(B) and 28 U.S.C.1915A(b)(1).

**THUS DONE AND SIGNED,** in chambers, in Lake Charles, Louisiana, on this the 23rd day of October, 2012.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE